```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


ABDUL ALI MUHAMMAD,                   :
           Plaintiff(s),              : Civil No. 07-2045(JAP)
                                      :
           v.                         :    Order for Dismissal
                                      : Pursuant to F.R. Civ. P.4(m)
STATE OF NEW JERSEY, THE, et al.,               :
           Defendant(s),       :
```

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed,

It is on this 7th day of December, 2007,

O R D E R E D  that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs **and all pending motions are dismissed as moot.**

                                        S/Joel A. Pisano
                                     Joel A. Pisano, U.S.D.J.